```
STEPHANIE HINDS (CSBN 154284)
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND (CSBN 314717)
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (510) 970-4829
        Facsimile:  (415) 744-0134
        Margaret.Lehrkind@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA RAMOS,<br><br>         Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | CIVIL NO. 4:21-cv-06277-KAW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

     IT IS HEREBY STIPULATED, by and between Lisa Ramos (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of 35 days to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is March 17, 2022.  The new due date will be April 21, 2022.  The parties further stipulate that all other dates will be extended accordingly.

     This is Defendant's first request for an extension, and it is made with good cause.  Defendant's of counsel attorney has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule.  Defendant's of counsel attorney has seventy-one other

Stip. & Order for Ext; 4:21-cv-06277-KAW    1

active cases and 29 due dates in the next 60 days including one Ninth Circuit answering brief. Additionally, Defendant's of counsel attorney has other responsibilities with another practice group in her office where the work cannot be extended. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

WHEREFORE, Defendant requests until April 21, 2022, to deliver her Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment

Respectfully submitted,

Dated: February 28, 2022

By: */s/ Harvey Peter Sackett*
HARVEY PETER SACKETT
Sackett and Associates
Attorney for Plaintiff

Dated: February 28, 2022

STEPHANIE HINDS (CSBN 154284)
United States Attorney

By: */s/Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

DATE: March 1, 2022

Stip. & Prop. for Ext.; 4:21-cv-06277-KAW